# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

ROY O'GUINN,

    Plaintiff,

v.

LISA WALSH, *et al.*,

    Defendants.

Case No. 3:20-CV-0273-APG-CLB

**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME**

[ECF NO. 54]

Before the Court is Plaintiff Roy O'Guinn's ("O'Guinn") motion for enlargement of time. (ECF No. 54.) By this motion, Hernandez is seeking to extend the discovery deadline. Defendants responded to the motion and stated they had no opposition to an extension of time. (ECF No. 56.)

Therefore, O'Guinn's motion for enlargement of time for discovery, (ECF No. 54), is **GRANTED** as follows:

    Discovery shall be completed no later than **March 17, 2022**;

    Dispositive motions shall be filed no later than **April 18, 2022;**

    The joint pretrial order shall be filed no later than **May 18, 2022**,

    or thirty days after the decision of any dispositive motion.

DATED: December 15, 2021

_____
UNITED STATES MAGISTRATE JUDGE