UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROY A. O'GUINN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>LISA WALSH, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:20-CV-00273-CLB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 85] |

**Plaintiff** Roy O'Guinn's ("O'Guinn") motion for extension of time is **GRANTED.** (ECF No. 85.) In his motion O'Guinn is confused about the conflicting deadlines to respond to Defendants' motion for summary judgment, (ECF No. 76), and reply in support of his own motion for summary judgment. (ECF No. 77.) Although the deadlines listed in the docket entries are correct under the Federal and Local Rules, the Court will grant the motion and permit O'Guinn to file both his opposition and his reply on July 21, 2022.

IT IS SO ORDERED.

DATED: July 13, 2022.

_____
UNITED STATES MAGISTRATE JUDGE