UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ROY A. O'GUINN,<br><br>    Plaintiff,<br><br> v.<br><br>LISA WALSH, *et al.*,<br><br>    Defendants. | Case No. 3:20-CV-00273-CLB<br><br>**ORDER DENYING MOTION FOR CORRECTION**<br><br>[ECF No. 121] |

Before the Court is Plaintiff Roy O'Guinn's ("O'Guinn") "motion asking for the Court's correction to ECF No. 119." (ECF No. 121.) In this motion, O'Guinn renews his request for copies of documents filed with this Court. Specifically, O'Guinn claims the Court previously ordered the Clerk's Office to provide him ECF No. 38 in its order filed at ECF No. 108. However, according to O'Guinn, the Clerk sent ECF No. 38 from this case, when in fact, he had requested ECF No. 38 from case number 3:18-cv-00469-MMD-CLB.

O'Guinn has filed a multitude of requests for copies of the docket sheet and documents filed in this case. This Court granted several of these requests. However, O'Guinn was warned repeatedly that it is not the Court's obligation to provide litigants, even indigent ones, with copy services. O'Guinn's claim that the Clerk sent him the "wrong" ECF No. 38 is not supported by the record. In ECF No. 108, the Court did not grant any request to provide O'Guinn a copy of ECF No. 38 from this case or case no. 3:18-cv-00469-MMD-CLB. In fact, the Court denied O'Guinn's requests for copies. (*See* ECF No. 108.)

Therefore, the Court **DENIES** the current motion. (ECF No. 121.) O'Guinn is again advised that if he would like a copy of any document filed in this case, or any other case, he is directed to submit a copy order form with all the necessary information and he can obtain any copies he would like at his own expense.

///

///

The Clerk shall once again provide O'Guinn with a copy order form and O'Guinn may order copies of documents at his own expense.

In addition, the Clerk shall not accept any further filings from O'Guinn in this now closed case.

**IT IS SO ORDERED.**

**DATED**: October 20, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**